UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR-17-016-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BENJAMIN CALVIN BROOKS, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 19th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court