IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
APR 18 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–16–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BENJAMIN CALVIN BROOKS, | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings. Finding good cause appearing,

IT IS ORDERED that the Unopposed Motion (Doc. 91) is GRANTED. The forfeiture action in the above-captioned case is DISMISSED with prejudice.

Dated this 18th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court