IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
APR 18 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN CALVIN BROOKS,<br><br>Defendant. | CR 17–16–BU–DLC<br><br>ORDER |

The Defendant has moved the Court to introduce Exhibit 1 containing photographs 198 to 306 into the record. Assistant United States Attorney Bryan R. Whittaker has no objection to admitting the photographs into the record and the parties stipulate that the photographs have proper foundation.

Accordingly, IT IS ORDERED that the Unopposed Motion (Doc. 88) is GRANTED. Exhibit 1 containing photographs 198 to 306 are admitted into the record.

Dated this 18th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court